PER CURIAM.
Affirmed. See West v. Caterpillar Tractor Co., 336 So.2d 80 (Fla.1976); Halpryn v. Highland Insurance Co., 426 So.2d 1050 (Fla. 3d DCA 1983); Royal v. Black & Decker Manufacturing Co., 205 So.2d 307 (Fla. 3d DCA 1967), cert. denied, 211 So.2d 214 (Fla.1968). See also U.S. Flourescent Manufacturing Co. v. Florida Power & Light Co., 360 So.2d 476 (Fla. 3d DCA 1978); Bush v. City of Dania, 121 So.2d 169 (Fla. 2d DCA 1960).